| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____ Chapter  **7** |
|  ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy         04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
**Bradbury Lessee LLC**

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
**83-3537586**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **304 S. Broadway**<br>**Los Angeles, CA 90013**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor   **Bradbury Lessee LLC**                                              Case number (*if known*)
         Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __5311__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

   ■ Chapter 7
   ☐ Chapter 9
   ☐ Chapter 11. *Check **all** that apply*:
      ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
      ☐ A plan is being filed with this petition.
      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.
      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ☐ No
    ■ Yes.

Debtor **Bradbury Lessee LLC**
Name

Case number (*if known*)

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **Neuehouse, Inc.** | Relationship | **Parent Company** | |
| District | **Southern District of New York** | When **9/05/25** | Case number, if known | **25-11937** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**  _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Bradbury Lessee LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 7, 2025**
MM / DD / YYYY

X **/s/ Marcel Reichart**                                                      **Marcel Reichart**
Signature of authorized representative of debtor                               Printed name

Title  **Chief Executive Officer**

---

**18. Signature of attorney**

X **/s/ Todd E. Duffy**                                                        Date  **September 7, 2025**
Signature of attorney for debtor                                               MM / DD / YYYY

**Todd E. Duffy**
Printed name

**DuffyAmedeo LLP**
Firm name

**132 West 31st Street**
**9th Floor**
**New York, NY 10001**
Number, Street, City, State & ZIP Code

Contact phone  **(212) 729-5832**          Email address  **tduffy@duffyamedeo.com**

**NY**
Bar number and State

```
AMAZON CAPITAL SERVICES
PO BOX 035184
SEATTLE, WA 98124-5184


BALTZ & COMPANY
325 HUDSON STREET
4TH FLOOR
NEW YORK, NY 10013


BRAUN LINEN SERVICE
16530 S. GARFIELD
PO BOX 348
PARAMOUNT, CA 90723


CALIFORNIA DEPT. OF TAX & FEE
651 BANNON STREET
SUITE 100
SACRAMENTO, CA 95811-0289


DATAWATCH SYSTEMS INC.
PO BOX 79845
BALTIMORE, MD 21279-0845


DP BRADBURY, LLC
818 W. 7TH STREET
SUITE 410
LOS ANGELES, CA 90017


DPC LA CORP
2481 ARVIA STREET
#31
LOS ANGELES, CA 90065


JASON JOFFMANN
15 CROWN STREET
BROOKLYN, NY 11225


LA GRENOUILLE WINE IMPORTS
921 16TH STREET
SANTA MONICA, CA 90403


MAIDEN VENTURES, LLC
245 E. 87TH STREET
SUITE 14G
NEW YORK, NY 10128
```

REPUBLIC NAT'L DISTR. CO.
500 S. CENTRAL AVENUE
LOS ANGELES, CA 90013


SOUTHERN GLAZER'S OF CA SOUTH
2501 HOOVER STREET
LOS ANGELES, CA 90074


STEVE PARKES


SUDEK USA
12 MINNEAKONING ROAD
UNIT 109 A
FLEMINGTON, NJ 08822


TOAST INC.
401 PARK DRIVE
BOSTON, MA 02215


VESTA FOOD SERVICE
13527 ORDEN DRIVE
SANTA FE SPRINGS, CA 90670


VITTORIA FOOD & BEVERAGE CORP.
C/O EIMS
11661 SAN VICENTE BLVD, #220
LOS ANGELES, CA 90049


XTRACHEF, INC.
701 E. CATHEDRAL ROAD
SUITE 45
PHILADELPHIA, PA 19128